**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number:<br>`FILED: MAY 21, 2008`<br>`08CV2955      PH`<br>`JUDGE LEINENWEBER`<br>`MAGISTRATE JUDGE SCHENKIER` |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |  |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES          NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES          NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES          NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES          NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL | |