UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Jennifer L. Brodsky,
Plaintiff,

Docket Number: 08CV2955

Assigned Judge: JUDGE LEINENWEBER

v.

Designated
Magistrate Judge: MAGISTRATE JUDGE SCHENKIER

Unifund CCR Partners, a purported New York general partnership, and Arthur B. Adler & Associates, Ltd., an Illinois corporation,
Defendants.

6/19

To: Unifund CCR Partners, a purported New York general partnership
C/O Any partner or other person authorized
to accept service of process
10625 Techwoods Circle
Cincinnati, Ohio 45242
Attn: David G. Rosenberg

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

(By) DEPUTY CLERK

May 21, 2008
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 5/30/08 @ 9:12 AM

NAME OF SERVER (PRINT) BETTY A. MARSHALL

TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service-

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): CORPORATE SERVICE - UNIFUND CCR PARTNERS 10625 TECHWOODS CIRCLE, CINCINNATI, OH 45242 - NICOLE PROCTOR, FRONT DESK ADMINISTRATOR

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05/30/08
Date

Signature of Server: Betty A. Marshall

Address of Server:
Express Process Service
8418 Brookville Road
Indianapolis, IN 46239

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08CV2955

Plaintiff:
**Jennifer L. Brodsky**
vs.
Defendant:
**Unifund CCR Partners, a purported New York general partnership,
and Arthur B. Adler & Associates, Ltd.**

Received by EXPRESS PROCESS SERVICE, INC. on the 23rd day of May, 2008 at 7:23 am to be served on **Unifund CCR Partners, a purported New York general partnership Attn: David G. Rosenberg, 10625 Techwoods Circle, Cincinnati, OH 45242.** I, _Betty A. Marshall_, being duly sworn, depose and say that on the _30TH_ day of _MAY_, 20_08_ at _9:02_ A.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ of the within-named agency.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____

(X) **CORPORATE SERVICE:** By serving _Nicole Proctor_ as _Front Desk Administrator_.

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _35_  Sex M (F)  Race _W_  Height _6'0_  Weight _125_  Hair _BLONDE_  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _30th_ day of _MAY_, _2008_ by the affiant who is personally known to me.

_Ronald D. Marshall_
NOTARY PUBLIC

Ronald D. Marshall
Notary Public, State of Ohio
My Commission Expires 02-21-2012

_Betty A. Marshall_
PROCESS SERVER # _Hamilton County, OH_
Appointed in accordance
with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
8418 Brookville Road
Indianapolis, IN 46239-9491
(317) 890-1055

Our Job Serial Number: 2008003758

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.2f