## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Jennifer L. Brodsky,
Plaintiff,

Docket Number: 08CV2955

Assigned Judge: JUDGE LEINENWEBER

v.

Designated
Magistrate Judge: MAGISTRATE JUDGE SCHENKIER

Unifund CCR Partners, a purported New York general partnership, and Arthur B. Adler & Associates, Ltd., an Illinois corporation,
Defendant.

To: Arthur B. Adler & Associates, Ltd.
C/O Arthur B. Adler, as registered agent
25 E. Washington Street
Suite 500
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

(By) DEPUTY CLERK

May 21, 2008
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 6-10-08 AT 1:33 P.M.

NAME OF SERVER (PRINT) BARRY SAVAGE

TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service-*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): SERVED DEFENDANT ARTHUR B. ADLER & ASSOCIATES, LTD., BY SERVING KATE BARAN, OFFICE ASSISTANT AT 25 E. WASHINGTON ST, SUITE 500, CHICAGO IL 60602. F,W,25,5'0",110LBS.,BROWN HAIR,CLASSES.

## STATEMENT OF SERVICES FEES

TRAVEL —   SERVICES $60   TOTAL $60

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-10-08
Date

Signature of Server

Address of Server

LEGAL DOCUMENT MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603