IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER L. BRODSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2955 |
| | ) | |
| UNIFUND CCR PARTNERS, a purported | ) | Judge Leinenweber |
| New York General partnership, and | ) | |
| ARTHUR B. ADLER & ASSOCIATES, | ) | Magistrate Judge Schenkier |
| LTD., an Illinois Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

TO:   David J. Philipps
      Mary E. Philipps
      Philipps & Philipps, Ltd.
      9760 S. Roberts Road, Suite One
      Palos Hills, Illinois 60465

You are hereby notified that on **Tuesday, June 24, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable District Judge Leinenweber, Presiding in Room 1941, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint**, a copy of which is hereby served upon you.

       /s/ Kathleen A. Kelley
       One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

2

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint** to be sent via e-filing to all attorneys of record (listed above), on June 18, 2008.

                                      _/s/  Kathleen A. Kelley_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER L. BRODSKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2955 |
| | ) | |
| UNIFUND CCR PARTNERS, a purported | ) | Judge Leinenweber |
| New York General partnership, and | ) | |
| ARTHUR B. ADLER & ASSOCIATES, | ) | Magistrate Judge Schenkier |
| LTD., an Illinois Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF UNOPPOSED MOTION

TO:    David J. Philipps
       Mary E. Philipps
       Philipps & Philipps, Ltd.
       9760 S. Roberts Road, Suite One
       Palos Hills, Illinois 60465

You are hereby notified that on **Tuesday, June 24, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable District Judge Leinenweber, Presiding in Room 1941, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint**, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　  /s/ Kathleen A. Kelley_____
　　　　　　　　　　　　　　　　　　　　 One of the Attorneys for Defendants


Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

2

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint** to be sent via e-filing to all attorneys of record (listed above), on June 18, 2008.

                                                              _/s/ Kathleen A. Kelley_____